UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARVIN LOWERY,  :
            :   Civil Action No. 02-2862 (KSH)
        Petitioner,  :
            :
    v.      :   **ORDER**
            :
ALFARO ORTIZ,   :
            :
        Respondent. :

For the reasons set forth in the Opinion filed herewith, IT IS on this 18th day of January, 2006,

ORDERED that the Petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED, and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), the Petitioner having failed to make a substantial showing of the denial of a constitutional right.

　　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　United States District Judge